IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IVAN DALE MILLER, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-534 (MTT) |
| Warden ANTOINE CALDWELL, | ) |
| Respondent. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends denying the Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 11. The Magistrate Judge also recommends that the Court deny a certificate of appealability. *Id.* at 9. The Petitioner has objected to the Recommendation. Doc. 14. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Petitioner's objection and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the petition is **DISMISSED** and a certificate of appealability is **DENIED**. Additionally, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, any motion to proceed *in forma pauperis* on appeal is also **DENIED**.

**SO ORDERED,** this 21st day of September, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT